IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| The STATE OF TEXAS, *et. al.*, § <br> § <br> *Plaintiffs*, § <br> § CIVIL ACTION NO. 2:22–cv–00014-M <br> vs. § <br> § <br> JOSEPH R. BIDEN, JR., § <br> in his official capacity as § <br> President of the United States, *et al.*, § <br> § <br> *Defendants*, § <br> § <br> and § <br> § <br> JESUS; ROSA; TIMOTEO; and UZIAS, § <br> § <br> *Intervenor-Defendants*. § | |

**[PROPOSED] ORDER GRANTING MOTION
TO PROCEED UNDER PSEUDONYMS**

Having considered Proposed Intervenor-Defendants' Motion to Proceed Under Pseudonyms, any further briefing, the record, and applicable law, and having determined that Proposed Intervenor-Defendants' privacy interests outweigh the procedural custom of disclosure under this Circuit's case-specific balancing analysis, and good cause appearing therefor, the Court hereby **ORDERS** as follows:

The Motion to Proceed Under Pseudonyms is **GRANTED**.

Proposed Intervenor-Defendants shall be allowed to proceed using pseudonyms. All parties shall use Proposed Intervenor-Defendants' pseudonyms in all documents filed on the public docket or served on the parties in this action, and shall be prohibited from using Proposed

Intervenor-Defendants' real names in such documents. The names and identities of Proposed Intervenor-Defendants, if submitted to the Court, shall be maintained *in camera* and not made available to the public, Plaintiffs, or Defendants. To the extent any document filed with the Court contains Proposed Intervenor-Defendants' real names, the names and any other personally identifying information shall be redacted and replaced with applicable pseudonyms.

**IT IS SO ORDERED.**

Signed this ___ day of _____,  _____
                                                         BARBARA M. G. LYNN
                                                        UNITED STATES CHIEF DISTRICT JUDGE