# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § | Civil Action No. 3:22-cv-00780-M |
| JOSEPH R. BIDEN, JR., et al., | | |
| Defendants. | | |

## ORDER

Before the Court is Defendants' Motion for an Extension of Time to Answer or Otherwise Respond (ECF No. 39). The Motion is GRANTED. The deadline for Defendants to answer Plaintiffs' Amended Complaint is extended to June 7, 2022.

**SO ORDERED**.

April 29, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE