IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:22-cv-00780-M |
| JOSEPH R. BIDEN, JR., et al., | § § § | |
| Defendants. | § § § | |

**ORDER**

Before the Court is the Motion to Proceed Under Pseudonyms, filed by Intervenor–Defendants Timoteo and Uzias.[1] ECF No. 20. Having considered the Motion, along with their briefing and evidentiary submissions, and the applicable law, and noting that Plaintiffs did not brief the issue, the Court determines that Intervenor–Defendants' privacy interests outweigh the procedural custom of disclosure under this Circuit's case-specific balancing analysis. Accordingly, the Motion to Proceed Under Pseudonyms is **GRANTED**.

Intervenor–Defendants shall be allowed to proceed using pseudonyms. All parties shall use Intervenor–Defendants' pseudonyms in all documents filed on the public docket or served on the parties in this action, and shall be prohibited from using Intervenor–Defendants' real names in such documents. The names and identities of Intervenor–Defendants, if submitted to the Court, shall be maintained in camera and not made available to the public, Plaintiffs, or Defendants. To the extent any document filed with the Court contains Intervenor–Defendants'

---

[1] The Motion to Proceed Under Pseudonyms was also brought by Proposed Intervenor–Defendants Jesus and Rosa, but the Court has denied Jesus and Rosa's request to intervene in this case.

real names, the names and any other personally identifying information shall be redacted and replaced with applicable pseudonyms.

**SO ORDERED**.

May 26, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE