IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:22-cv-00780-M |
| JOSEPH R. BIDEN, JR., et al., | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is the Joint Motion for an Extension of Current Deadlines and Entry of a Joint Briefing Schedule. ECF No. 47. The Motion is **GRANTED**. The Court enters the following schedule:

- The deadline to answer or otherwise respond to the Amended Complaint for both Defendants and Defendant–Intervenors shall be extended 60 days, until September 6, 2022.

- To the extent that the parties do not privately resolve the matter of jurisdictional discovery, any party wishing to obtain a Court order providing for such shall file it by August 19, 2022. Such part(ies) will include in their motion, or response thereto, the proposed scope of and timeframe for accomplishing such discovery, if granted.

- The Answer deadline shall be stayed while the parties brief and the Court decides any motion for jurisdictional discovery, and should the Court allow for a period of discovery, until such period concludes. At that time, the parties will file a joint status report with the Court suggesting a schedule for briefing Rule 12(b) motions.

2

- Should the Court deny the motion(s) for jurisdictional discovery, Defendants' and Defendant–Intervenors' Answer or response deadline will be 30 days from the date of the Court's order.

**SO ORDERED**.

June 27, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE