IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

The STATE of TEXAS, *et al.*,

Plaintiffs,

v.

JOSEPH R. BIDEN JR., in his official capacity as President of the United States, *et al.*,

Defendants.

Civil Action No. 3:22-cv-00780-M

**JOINT ADVISORY**
**REGARDING THE PARTIES' RESOLUTION OF THE MATTER OF JURISDICTIONAL DISCOVERY**

In response to all parties' Joint Motion for an Extension of Current Deadlines and Entry of a Joint Briefing Schedule, ECF 47, the Court entered an Order that any party "wishing to obtain a Court order providing for [jurisdictional discovery] shall file [a motion] by August 19, 2022." ECF 48. The Order noted that such motions would only be necessary "[t]o the extent that the parties do not privately resolve the matter of jurisdictional discovery." *Id.*

The parties respectfully inform the Court that they will not be moving for jurisdictional discovery at this time. The parties have agreed to an initial framework for reciprocal jurisdictional discovery and are working within that framework in good faith to agree on specifics,[1] and do not anticipate needing the Court's intervention on this matter at the present time.

The parties respectfully request that the Court stay and hold in abeyance the deadline to

[1] While Defendant-Intervenors may join in Defendants' discovery requests as necessary to obtain discovered material, the parties agree that Defendant-Intervenors will neither propound additional discovery requests nor be subject to discovery in connection with the parties' reciprocal discovery process.

answer or otherwise respond to the Amended Complaint for both Defendants and Defendant-Intervenors, currently, September 6, 2022, while the parties are actively engaged in their reciprocal jurisdictional discovery process. While the deadline is held in abeyance, the parties propose that they file a Joint Status Report on the 15th day of each month outlining their progress and anticipated timeline. The parties will file the first such Report on or by September 15, 2022.

Dated: August 17, 2022

Respectfully submitted,

Counsel for Defendants:

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-7537
Joseph.a.darrow@usdoj.gov

Counsel for Defendant-Intervenors:

*/s/ Debra J. McComas*
Debra J. McComas
HAYNES & BOONE LLP
State Bar No. 00794261
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Tel. (214) 651-5000
Fax (214) 651-5940
*debbie.mccomas@haynesboone.com*

*/s/ Linda B. Evarts*
Linda B. Evarts
NYS Bar #5236948 (*pro hac vice*)
Kathryn C. Meyer
NYS Bar #5504485 (*pro hac vice*)
Mariko Hirose
NYS Bar #4802674 (*pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 4th Floor
New York, NY 10004
Tel. (516) 838-1655
Fax: (929) 999-8115
*levarts@refugeerights.org*
*kmeyer@refugeerights.org*
*mhirose@refugeerights.org*

Counsel for Plaintiffs:

GENE P. HAMILTON
Virginia Bar No. 80434
Vice-President
and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

KEN PAXTON
*Attorney General of Texas*

BRENT WEBSTER
*First Assistant Attorney General*

PATRICK K. SWEETEN
*Deputy Attorney General for Special Litigation*

AARON F. REITZ, TEXAS BAR NO. 24105704
*Deputy Attorney General for Legal Strategy*

*/s/ Ryan D. Walters*
RYAN D. WALTERS, TEXAS. BAR NO. 24105085
*Special Counsel, Special Litigation Unit*

MICHELLE W. GHETTI, TEXAS BAR NO. 04342300
*Special Counsel for Legal Strategy*

Office of the Attorney General of Texas
PO Box 12548 (MC 009)
Austin, TX 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
Ryan.Walters@oag.texas.gov
Aaron.Reitz@oag.texas.gov
Michelle.Ghetti@oag.texas.gov

*Counsel for Plaintiff State of Texas*

Other counsel for Plaintiffs:

STEVE MARSHALL
*Attorney General of Alabama*
Edmund G. LaCour Jr.
*Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
*Counsel for the State of Alabama*

TREG R. TAYLOR
*Attorney General of Alaska*
Cori M. Mills
*Deputy Attorney General*
Department of Law
P.O. Box 110300
Juneau, AK 99811
Phone: 907-465-3600
Fax: 907-465-2520
*Counsel for the State of Alaska*

MARK BRNOVICH
*Attorney General of Arizona*
Drew C. Ensign
*Deputy Solicitor General*
2005 N. Central Ave.
Phoenix, AZ 85004
Phone: (602) 542.5025
Fax: (602) 542.4377
*Counsel for the State of Arizona*

LESLIE RUTLEDGE
  *Attorney General of Arkansas*
Dylan L. Jacobs
  *Deputy Solicitor General*
Office of the Arkansas Attorney
  General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-2007
Fax: (501) 682-2591
*Counsel for the State of Arkansas*

ASHLEY MOODY
  *Attorney General of Florida*
James H. Percival (FBN 1016188)
  *Deputy Attorney General of Legal
   Policy*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
*Counsel for the State of Florida*

LAWRENCE G. WASDEN
  *Attorney General of Idaho*
Brian Kane
  *Chief Deputy*
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
FAX: (208) 854-8071
Brian.kane@ag.idaho.gov
*Counsel for the State of Idaho*

THEODORE E. ROKITA
*Attorney General of Indiana*
Betsy M. DeNardi
Cory C. Voight
*Directors of Complex Litigation*
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Betsy.DeNardi@atg.in.gov
Cory.Voight@atg.in.gov
*Counsel for the State of Indiana*

DANIEL CAMERON
*Attorney General of Kentucky*
Jeremy J. Sylvester
*Assistant Attorney General*
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5330
Jeremy.Sylvester@ky.gov
*Counsel for the Commonwealth of Kentucky*

JEFF LANDRY
*Attorney General of Louisiana*
Elizabeth B. Murrill
*Solicitor General*
J. Scott St. John
*Deputy Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
*Counsel for the State of Louisiana*

ERIC S. SCHMITT
*Attorney General of Missouri*
John Sauer
*Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
John.Sauer@ago.mo.gov
*Counsel for the State of Missouri*

AUSTIN KNUDSEN
*Attorney General of Montana*
David M.S. Dewhirst
*Solicitor General*
Christian B. Corrigan
*Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov
christian.corrigant@mt.gov
*Counsel for the State of Montana*

JOHN M. O'CONNOR
*Attorney General of Oklahoma*
Bryan Cleveland
*Deputy Solicitor General*
Office of the Oklahoma Attorney General
313 NE 21st St.
Oklahoma City, OK 73105
(405) 521-3921
bryan.cleveland@oag.ok.gov
*Counsel for the State of Oklahoma*

ALAN WILSON

*Attorney General of South Carolina*
Thomas T. Hydrick
 *Assistant Deputy Solicitor General*
Post Office Box 11549
Columbia, SC 29211
Phone: (803) 734-4127
Email: thomashydrick@scag.gov
*Counsel for the State of South Carolina*

SEAN D. REYES
 *Utah Attorney General*
Melissa A. Holyoak
 *Utah Solicitor General*
Office of the Utah Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Email: melissaholyoak@agutah.gov
*Counsel for the State of Utah*

**Certificate of Service**

On August 17, 2022, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
U.S. Department of Justice