# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:22-cv-00780-M |
| JOSEPH R. BIDEN, JR., et al., | § § | |
| Defendants. | § § § § | |

## ORDER

Before the Court is the Joint Advisory Regarding the Parties' Resolution of the Matter of Jurisdictional Discovery and the Joint Motion for Stay of Deadlines. ECF No. 49. The Motion is **GRANTED**.

It is hereby ORDERED that the deadline to answer or otherwise respond to the Amended Complaint for both Defendants and Defendant-Intervenors is stayed and held in abeyance while the parties engage in their reciprocal jurisdictional discovery process. It is hereby ORDERED that the parties shall file a Joint Status Report outlining their progress and anticipated timeline on the 15th day of each month, beginning with September 15, 2022. Nothing herein shall keep the Court from lifting the stay on its own motion.

**SO ORDERED**.

August 22, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE