# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>PRESIDENT JOSEPH R. BIDEN, et al., )<br>)<br>*Defendants*. )<br>)<br>) | Civil Action No.:<br>3:22-cv-00780-M |

### NOTICE OF APPEARANCE

Comes now, Edmund G. LaCour Jr., a member of the Bar of this Court, and enters his appearance in the above-styled cause as counsel for the State of Alabama.

    Respectfully submitted,

    Steve Marshall
     *Attorney General*

    s/ Edmund G. LaCour Jr.
    Edmund G. LaCour Jr. (24085422)
     *Solicitor General*

    OFFICE OF THE ATTORNEY GENERAL
    501 Washington Avenue
    Montgomery, Alabama 36130-0152

    Telephone: 334.242.7300
    Facsimile:  334.353.8400
    Edmund.LaCour@AlabamaAG.gov

    ***Counsel for State of Alabama***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Edmund G. LaCour Jr.
*Counsel for State of Alabama*