IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| The STATE of TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN JR., in his official capacity as President of the United States, *et al*., <br><br> Defendants. | Civil Action No. 3:22-cv-00780-M |

## JOINT STATUS REPORT REGARDING JURISDICTIONAL DISCOVERY

Pursuant to the Court's Order of August 22, 2022, ECF No. 50, the parties jointly provide the Court with an update on the status of jurisdictional discovery.

Since the last update to the Court, the parties have engaged in further discussions and have reached a tentative agreement, subject to further confirmation, on stipulating to narrow the scope of jurisdictional discovery. The parties anticipate serving written discovery requests within the first half of February.

In light of this activity, the parties respectfully request that the Court continue the stay governing this matter and continue to hold all pending deadlines in abeyance. The parties will file a joint status report providing a further update on the progress of jurisdictional discovery on or by February 15, 2023.

| | |
|---|---|
| Dated: January 17, 2022 | Respectfully submitted, |
| Counsel for Defendants: | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General*<br><br>WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section<br><br>EREZ REUVENI<br>*Assistant Director*<br><br>/s/ *Joseph A. Darrow*<br>JOSEPH A. DARROW<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 598-7537<br>Joseph.a.darrow@usdoj.gov |

Counsel for Defendant-Intervenors:

| | |
|---|---|
| */s/ Debra J. McComas* | */s/ Linda B. Evarts* |
| Debra J. McComas | Linda B. Evarts |
| HAYNES & BOONE LLP | NYS Bar #5236948 (*pro hac vice*) |
| State Bar No. 00794261 | Kathryn C. Meyer |
| 2323 Victory Ave., Suite 700 | NYS Bar #5504485 (*pro hac vice*) |
| Dallas, Texas 75219 | Mariko Hirose |
| Tel. (214) 651-5000 | NYS Bar #4802674 (*pro hac vice*) |
| Fax (214) 651-5940 | INTERNATIONAL REFUGEE |
| *debbie.mccomas@haynesboone.com* | ASSISTANCE PROJECT |
| | One Battery Park Plaza, 33rd Floor |
| | New York, NY 10004 |
| | Tel. (516) 838-1655 |
| | Fax: (516) 324-2267 |
| | *levarts@refugeerights.org* |
| | *kmeyer@refugeerights.org* |
| | *mhirose@refugeerights.org* |

2

| | |
|---|---|
| Counsel for Plaintiffs: | KEN PAXTON<br>  *Attorney General of Texas* |
| GENE P. HAMILTON<br>Virginia Bar No. 80434<br>Vice-President<br>  and General Counsel<br>America First Legal Foundation<br>300 Independence Avenue SE<br>Washington, DC 20003<br>(202) 964-3721<br>gene.hamilton@aflegal.org | BRENT WEBSTER<br>  *First Assistant Attorney General*<br><br>AARON F. REITZ, TX BAR NO. 24105704<br>  *Deputy Attorney General*<br>  *for Legal Strategy*<br><br>*/s/ Ryan D. Walters*<br>RYAN D. WALTERS, TX BAR NO. 24105085<br>  *Special Counsel, Special Litigation Unit*<br><br>MICHELLE W. GHETTI, TX BAR NO. 04342300<br>  *Special Counsel*<br><br>Office of the Attorney General of Texas<br>PO Box 12548 (MC 009)<br>Austin, TX 78711-2548<br>Phone: (512) 936-2714<br>Fax: (512) 457-4410<br>Ryan.Walters@oag.texas.gov<br>Aaron.Reitz@oag.texas.gov<br>Michelle.Ghetti@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* |

Other counsel for Plaintiffs:

STEVE MARSHALL
  *Attorney General of Alabama*
Edmund G. LaCour Jr.
  *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
*Counsel for the State of Alabama*

TREG R. TAYLOR
  *Attorney General of Alaska*
Cori M. Mills
  *Deputy Attorney General*
Christopher A. Robison
  *Assistant Attorney General*
Department of Law
P.O. Box 110300
Juneau, AK 99811
Phone: 907-465-3600
Fax: 907-465-2520
cori.mills@alaska.gov
chris.robison@alaska.gov
*Counsel for the State of Alaska*

KRISTIN K. MAYES
  *Attorney General of Arizona*
Drew C. Ensign
  *Deputy Solicitor General*
2005 N. Central Ave.
Phoenix, AZ 85004
Phone: (602) 542.5025
Fax: (602) 542.4377
*Counsel for the State of Arizona*

TIM GRIFFIN
  *Attorney General of Arkansas*
Dylan L. Jacobs
  *Deputy Solicitor General*
Office of the Arkansas Attorney
  General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-2007
Fax: (501) 682-2591
dylan.jacobs@arkansasag.gov
*Counsel for the State of Arkansas*

ASHLEY MOODY
  *Attorney General of Florida*
Natalie P. Christmas
  *Assistant Attorney General of Legal    Policy*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 487-2564 (fax)
natalie.christmas@myfloridalegal.com
*Counsel for the State of Florida*

RAÚL LABRADOR
  *Attorney General of Idaho*
Alan W. Foutz
  *Deputy Attorney General*
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
FAX: (208) 854-8073
Alan.foutz@ag.idaho.gov
*Counsel for the State of Idaho*

THEODORE E. ROKITA
  *Attorney General of Indiana*
Betsy M. DeNardi
Cory C. Voight
  *Directors of Complex Litigation*
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Betsy.DeNardi@atg.in.gov
Cory.Voight@atg.in.gov
*Counsel for the State of Indiana*

DANIEL CAMERON
  *Attorney General of Kentucky*
Jeremy J. Sylvester
  *Assistant Attorney General*
Kentucky Office of the Attorney
  General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5330
Jeremy.Sylvester@ky.gov
*Counsel for the Commonwealth of Kentucky*

JEFF LANDRY
  *Attorney General of Louisiana*
Elizabeth B. Murrill
  *Solicitor General*
J. Scott St. John
  *Deputy Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
*Counsel for the State of Louisiana*

ANDREW BAILEY
  *Attorney General of Missouri*
John Sauer
  *Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
John.Sauer@ago.mo.gov
*Counsel for the State of Missouri*

AUSTIN KNUDSEN
  *Attorney General of Montana*
David M.S. Dewhirst
  *Solicitor General*
Christian B. Corrigan
  *Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov
christian.corrigant@mt.gov
*Counsel for the State of Montana*

GENTNER F. DRUMMOND
  *Attorney General of Oklahoma*
Bryan Cleveland
  *Deputy Solicitor General*
Office of the Oklahoma Attorney
  General
313 NE 21st St.
Oklahoma City, OK 73105
(405) 521-3921
bryan.cleveland@oag.ok.gov
*Counsel for the State of Oklahoma*

7

ALAN WILSON
  *Attorney General of South Carolina*
Thomas T. Hydrick
  *Assistant Deputy Solicitor General*
Post Office Box 11549
Columbia, SC 29211
Phone: (803) 734-4127
Email: thomashydrick@scag.gov
*Counsel for the State of South Carolina*

SEAN D. REYES
  *Utah Attorney General*
Melissa A. Holyoak
  *Utah Solicitor General*
Office of the Utah Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Email: melissaholyoak@agutah.gov
*Counsel for the State of Utah*

**Certificate of Service**

On January 17, 2022, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
U.S. Department of Justice