IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| The STATE of TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN JR., in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 3:22-cv-00780-M |

**JOINT STATUS REPORT**
**REGARDING JURISDICTIONAL DISCOVERY**

Pursuant to the Court's Order of August 22, 2022, ECF No. 50, the parties[1] jointly provide the Court with an update on the status of jurisdictional discovery.

Since the last update to the Court, the parties have engaged in further discussions and have confirmed the scope of Plaintiff's challenge to the CAM program and what type of information will be sought in jurisdictional discovery. The parties plan to simultaneously serve their written discovery requests on March 1, 2023.

In light of this activity, the parties respectfully request that the Court continue the stay governing this matter and continue to hold all pending deadlines in abeyance. The parties will file a joint status report providing a further update on the progress of jurisdictional discovery on or by March 15, 2023.

---

[1] Plaintiff State of Arizona will soon be withdrawing from this case and does not join in this report.

Dated: February 15, 2022                      Respectfully submitted,

    Counsel for Defendants:                 BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-7537
Joseph.a.darrow@usdoj.gov

    Counsel for Defendant-Intervenors:

| /s/ *Debra J. McComas* | /s/ *Linda B. Evarts* |
|---|---|
| Debra J. McComas | Linda B. Evarts |
| HAYNES & BOONE LLP | NYS Bar #5236948 (*pro hac vice*) |
| State Bar No. 00794261 | Kathryn C. Meyer |
| 2323 Victory Ave., Suite 700 | NYS Bar #5504485 (*pro hac vice*) |
| Dallas, Texas 75219 | Mariko Hirose |
| Tel. (214) 651-5000 | NYS Bar #4802674 (*pro hac vice*) |
| Fax (214) 651-5940 | INTERNATIONAL REFUGEE |
| *debbie.mccomas@haynesboone.com* | ASSISTANT PROJECT |
| | One Battery Park Plaza, 33rd Floor |
| | New York, NY 10004 |
| | Tel. (516) 838-1655 |
| | Fax: (516) 324-2267 |
| | *levarts@refugeerights.org* |
| | *kmeyer@refugeerights.org* |
| | *mhirose@refugeerights.org* |

Counsel for Plaintiffs:

| | |
|---|---|
| GENE P. HAMILTON<br>Virginia Bar No. 80434<br>Vice-President<br>  and General Counsel<br>America First Legal Foundation<br>300 Independence Avenue SE<br>Washington, DC 20003<br>(202) 964-3721<br>gene.hamilton@aflegal.org | KEN PAXTON<br>  *Attorney General of Texas*<br><br>BRENT WEBSTER<br>  *First Assistant Attorney General*<br><br>AARON F. REITZ, TX BAR NO. 24105704<br>  *Deputy Attorney General*<br>   *for Legal Strategy*<br><br>*/s/ Ryan D. Walters*<br>RYAN D. WALTERS, TX BAR NO. 24105085<br>  *Special Counsel*<br><br>Office of the Attorney General of Texas<br>PO Box 12548 (MC 009)<br>Austin, TX 78711-2548<br>Phone: (512) 936-2714<br>Fax: (512) 457-4410<br>Ryan.Walters@oag.texas.gov<br>Aaron.Reitz@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* |

STEVE MARSHALL
  Attorney General of Alabama
Edmund G. LaCour Jr.
  Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
*Counsel for the State of Alabama*

TREG R. TAYLOR
  Attorney General of Alaska
Cori M. Mills
  Deputy Attorney General
Christopher A. Robison
  Assistant Attorney General
Department of Law
P.O. Box 110300
Juneau, AK 99811
Phone: 907-465-3600
Fax: 907-465-2520
cori.mills@alaska.gov
chris.robison@alaska.gov
*Counsel for the State of Alaska*

TIM GRIFFIN
  Attorney General of Arkansas
Dylan L. Jacobs
  Deputy Solicitor General
Office of the Arkansas Attorney
  General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-2007
Fax: (501) 682-2591
dylan.jacobs@arkansasag.gov
*Counsel for the State of Arkansas*

ASHLEY MOODY
  Attorney General of Florida
Natalie P. Christmas
Assistant Attorney General of Legal Policy
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 487-2564 (fax)
natalie.christmas@myfloridalegal.com
*Counsel for the State of Florida*

RAÚL LABRADOR
  Attorney General of Idaho
Alan W. Foutz
  Deputy Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
FAX: (208) 854-80731
Alan.foutz@ag.idaho.gov
*Counsel for the State of Idaho*

THEODORE E. ROKITA
  Attorney General of Indiana
Betsy M. DeNardi
Cory C. Voight
  Directors of Complex Litigation
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Betsy.DeNardi@atg.in.gov
Cory.Voight@atg.in.gov
*Counsel for the State of Indiana*

DANIEL CAMERON
  Attorney General of Kentucky
Jeremy J. Sylvester
  Assistant Attorney General
Kentucky Office of the Attorney
  General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5330
Jeremy.Sylvester@ky.gov
*Counsel for the Commonwealth of Kentucky*

JEFF LANDRY
  Attorney General of Louisiana
Elizabeth B. Murrill
  Solicitor General
J. Scott St. John
  Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
*Counsel for the State of Louisiana*

ANDREW BAILEY
  Attorney General of Missouri
Joshua M. Divine
  Solicitor General
Charles F. Capps
  Deputy Solicitor General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
charles.capps@ago.mo.gov
*Counsel for the State of Missouri*

AUSTIN KNUDSEN
  Attorney General of Montana
Christian B. Corrigan
  Solicitor General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigant@mt.gov
*Counsel for the State of Montana*

GENTNER F. DRUMMOND
  Attorney General of Oklahoma
Zach West
  Director of Special Litigation
Office of the Oklahoma Attorney
  General
313 NE 21st St.
Oklahoma City, OK 73105
(405) 521-3921
zach.west@oag.ok.gov
*Counsel for the State of Oklahoma*

ALAN WILSON
  Attorney General of South Carolina
Thomas T. Hydrick
  Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
Phone: (803) 734-4127
Email: thomashydrick@scag.gov
*Counsel for the State of South Carolina*

SEAN D. REYES
  Utah Attorney General
Melissa A. Holyoak
  Utah Solicitor General
Office of the Utah Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Email: melissaholyoak@agutah.gov
*Counsel for the State of Utah*

### Certificate of Service

On February 15, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                      /s/ *Joseph A. Darrow*
                                      JOSEPH A. DARROW
                                      U.S. Department of Justice