**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Cause No. 3:22-cv-00780-M |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; et al., | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL BY STATE OF ARIZONA**

Pursuant to Fed. R. Civ. 41(a)(1)(A)(i), Plaintiff State of Arizona hereby voluntary dismisses without prejudice all of its claims in this case.

This Notice is proper because Defendants have not filed an answer or a motion for summary judgment.

Dated: 28th day of February, 2023

Respectfully submitted,

*/s/Hannah H. Porter* ____________________________

Hannah H. Porter (AZ Bar #29842) (pro hac vice)
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Suite 1100
Phoenix, AZ 85016
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
hannah.porter@gknet.com
*Attorney for Plaintiff State of Arizona*