IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| The STATE of TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 3:22-cv-00780-M |

**JOINT STATUS REPORT**
**REGARDING JURISDICTIONAL DISCOVERY**

Pursuant to the Court's Order of August 22, 2022, ECF No. 50, the parties jointly provide the Court with an update on the status of jurisdictional discovery.

Since the last update to the Court, the parties have continued to confer regarding the written discovery requests exchanged on March 1, 2023. In light of the scope and extent of the requests, the parties have agreed to extend their deadline to reciprocally serve their responses and objections two weeks, until May 15, 2023.

Additionally, on April 11, 2023, Defendant U.S. Department of State and U.S. Department of Homeland Security jointly posted a Federal Register Notice (FRN) pertaining to the Central American Minors Program, RIN 1615–ZB98.  A copy of the FRN is attached hereto as Exhibit A. The parties are currently evaluating how this FRN might affect this case and will confer to determine whether this warrants new pleadings and/or revisions to the discovery requests.

In light of this activity, the parties respectfully request that the Court continue the stay

governing this matter and continue to hold all pending deadlines in abeyance. The parties will file a joint status report providing a further update on the progress of jurisdictional discovery on or by May 15, 2023.

Dated: April 17, 2022               Respectfully submitted,


Counsel for Defendants:             BRIAN M. BOYNTON
                                    *Principal Deputy Assistant Attorney General*

                                    WILLIAM C. PEACHEY
                                    *Director*
                                    Office of Immigration Litigation
                                    District Court Section

                                    EREZ REUVENI
                                    *Assistant Director*

                                    /s/ *Joseph A. Darrow*
                                    JOSEPH A. DARROW
                                    *Trial Attorney*
                                    U.S. Department of Justice
                                    Civil Division
                                    Office of Immigration Litigation
                                    District Court Section
                                    P.O. Box 868, Ben Franklin Station
                                    Washington, DC 20044
                                    Tel.: (202) 598-7537
                                    Joseph.a.darrow@usdoj.gov

Counsel for Defendant-Intervenors:

| | |
|---|---|
| /s/ *Debra J. McComas* | /s/ *Linda B. Evarts* |
| Debra J. McComas | Linda B. Evarts |
| HAYNES & BOONE LLP | NYS Bar #5236948 (*pro hac vice*) |
| State Bar No. 00794261 | Kathryn C. Meyer |
| 2323 Victory Ave., Suite 700 | NYS Bar #5504485 (*pro hac vice*) |
| Dallas, Texas 75219 | Mariko Hirose |
| Tel. (214) 651-5000 | NYS Bar #4802674 (*pro hac vice*) |
| Fax (214) 651-5940 | INTERNATIONAL REFUGEE |
| *debbie.mccomas@haynesboone.com* | ASSISTANCE PROJECT |
| | One Battery Park Plaza, 33rd Floor |
| | New York, NY 10004 |
| | Tel. (516) 838-1655 |
| | Fax: (516) 324-2267 |
| | *levarts@refugeerights.org* |
| | *kmeyer@refugeerights.org* |
| | *mhirose@refugeerights.org* |

Counsel for Plaintiffs:

| | |
|---|---|
| GENE P. HAMILTON<br>Virginia Bar No. 80434<br>Vice-President<br>  and General Counsel<br>America First Legal Foundation<br>300 Independence Avenue SE<br>Washington, DC 20003<br>(202) 964-3721<br>gene.hamilton@aflegal.org | KEN PAXTON<br>  *Attorney General of Texas*<br><br>BRENT WEBSTER<br>  *First Assistant Attorney General*<br><br>AARON F. REITZ, TX BAR NO. 24105704<br>  *Deputy Attorney General*<br>   *for Legal Strategy*<br><br>*/s/ Ryan D. Walters*<br>RYAN D. WALTERS, TX BAR NO. 24105085<br>  *Special Counsel*<br><br>Office of the Attorney General of Texas<br>PO Box 12548 (MC 009)<br>Austin, TX 78711-2548<br>Phone: (512) 936-2714<br>Fax: (512) 457-4410<br>Ryan.Walters@oag.texas.gov<br>Aaron.Reitz@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* |

STEVE MARSHALL
  Attorney General of Alabama
Edmund G. LaCour Jr.
  Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
*Counsel for the State of Alabama*

TREG R. TAYLOR
  Attorney General of Alaska
Cori M. Mills
  Deputy Attorney General
Christopher A. Robison
  Assistant Attorney General
Department of Law
P.O. Box 110300
Juneau, AK 99811
Phone: 907-465-3600
Fax: 907-465-2520
cori.mills@alaska.gov
chris.robison@alaska.gov
*Counsel for the State of Alaska*

TIM GRIFFIN
  Attorney General of Arkansas
Dylan L. Jacobs
  Deputy Solicitor General
Office of the Arkansas Attorney
  General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-2007
Fax: (501) 682-2591
dylan.jacobs@arkansasag.gov
*Counsel for the State of Arkansas*

ASHLEY MOODY
  Attorney General of Florida
Natalie P. Christmas
Assistant Attorney General of Legal Policy
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 487-2564 (fax)
natalie.christmas@myfloridalegal.com
*Counsel for the State of Florida*

RAÚL LABRADOR
  Attorney General of Idaho
Alan W. Foutz
  Deputy Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
FAX: (208) 854-80731
Alan.foutz@ag.idaho.gov
*Counsel for the State of Idaho*

| | |
|---|---|
| THEODORE E. ROKITA<br>  Attorney General of Indiana<br>Betsy M. DeNardi<br>Cory C. Voight<br>  Directors of Complex Litigation<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204<br>Betsy.DeNardi@atg.in.gov<br>Cory.Voight@atg.in.gov<br>*Counsel for the State of Indiana* | ANDREW BAILEY<br>  Attorney General of Missouri<br>Joshua M. Divine<br>  Solicitor General<br>Charles F. Capps<br>  Deputy Solicitor General<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel: (573) 751-8870<br>Fax: (573) 751-0774<br>charles.capps@ago.mo.gov<br>*Counsel for the State of Missouri* |
| DANIEL CAMERON<br>  Attorney General of Kentucky<br>Jeremy J. Sylvester<br>  Assistant Attorney General<br>Kentucky Office of the Attorney<br>  General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky<br>Tel: (502) 696-5330<br>Jeremy.Sylvester@ky.gov<br>*Counsel for the Commonwealth of Kentucky* | AUSTIN KNUDSEN<br>  Attorney General of Montana<br>Christian B. Corrigan<br>  Solicitor General<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Phone: 406-444-2026<br>Fax: 406-444-3549<br>christian.corrigant@mt.gov<br>*Counsel for the State of Montana* |
| JEFF LANDRY<br>  Attorney General of Louisiana<br>Elizabeth B. Murrill<br>  Solicitor General<br>J. Scott St. John<br>  Deputy Solicitor General<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>Tel: (225) 326-6766<br>murrille@ag.louisiana.gov<br>stjohnj@ag.louisiana.gov<br>*Counsel for the State of Louisiana* | GENTNER F. DRUMMOND<br>  Attorney General of Oklahoma<br>Zach West<br>  Director of Special Litigation<br>Office of the Oklahoma Attorney<br>  General<br>313 NE 21st St.<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>zach.west@oag.ok.gov<br>*Counsel for the State of Oklahoma* |

ALAN WILSON
  Attorney General of South Carolina
Thomas T. Hydrick
  Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
Phone: (803) 734-4127
Email: thomashydrick@scag.gov
*Counsel for the State of South Carolina*

SEAN D. REYES
  Utah Attorney General
Melissa A. Holyoak
  Utah Solicitor General
Office of the Utah Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Email: melissaholyoak@agutah.gov
*Counsel for the State of Utah*

## Certificate of Service

On April 17, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                        /s/ *Joseph A. Darrow*
                                        JOSEPH A. DARROW
                                        U.S. Department of Justice