IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 3:22-cv-00780-M |
| JOSEPH R. BIDEN, JR., et al., | | |
| Defendants. | | |

**ORDER**

This case has been pending since January 28, 2022, and yet remains in the very preliminary stages. The Court expects it to proceed, if the parties intend to do so, or for it to be dismissed. By **August 15, 2023**, the parties shall provide the Court with a comprehensive report on jurisdictional discovery, and a schedule for their plans to complete presentation of the case. Plaintiffs shall inform the Court of the likelihood of their pursuing this matter.

**SO ORDERED**.

July 20, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE