IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 3:22-cv-00780-M |

## JOINT NOTICE OF STIPULATIONS

Plaintiff States, Federal Defendants, and Defendant-Intervenors (the "Parties") adopt the following stipulations:

**Stipulation No. 1**: Subject to Stipulation No. 2, Plaintiffs stipulate that they will only seek to establish Article III injury based on alleged injuries to Texas and that they will not submit any evidence as to injury for any other State Plaintiff. Plaintiffs further stipulate that they will only seek to establish irreparable injury for purposes of any equitable relief based on alleged harm to Texas and that they will not submit any evidence as to irreparable harm for any other State Plaintiff. Subject to the limitations above, this stipulation does not prejudice the right of any Party to argue the proper scope of any relief or whether Article III standing is satisfied in this case. Federal Defendants stipulate that their currently propounded discovery requests are limited to Texas.

**Stipulation No. 2**: The Parties stipulate that Plaintiffs may not attempt to introduce new evidence of injury or irreparable harm to any State other than Texas absent new reciprocal discovery regarding injuries or harm to any such State for purposes of standing or scope of relief. This applies to any attempt by Plaintiffs to introduce such new evidence at any stage of this case, including after any remand should Plaintiffs prevail in district court but that decision is reversed by a higher court.

Dated: August 15, 2023               Respectfully submitted,

**Counsel for Defendants:**          BRIAN M. BOYNTON
                                     *Principal Deputy Assistant Attorney General*

                                     WILLIAM C. PEACHEY
                                     *Director*
                                     Office of Immigration Litigation
                                     District Court Section

                                     EREZ REUVENI
                                     *Assistant Director*

                                     /s/ *Joseph A. Darrow*
                                     JOSEPH A. DARROW
                                     *Trial Attorney*
                                     U.S. Department of Justice
                                     Civil Division
                                     Office of Immigration Litigation
                                     District Court Section
                                     P.O. Box 868, Ben Franklin Station
                                     Washington, DC 20044
                                     Tel.: (202) 598-7537
                                     Joseph.a.darrow@usdoj.gov

**Counsel for Defendant-Intervenors:**

| /s/ *Debra J. McComas* | /s/ *Linda B. Evarts* |
|---|---|
| Debra J. McComas | Linda B. Evarts |
| HAYNES & BOONE LLP | NYS Bar #5236948 (*pro hac vice*) |
| State Bar No. 00794261 | Kathryn C. Meyer |
| 2323 Victory Ave., Suite 700 | NYS Bar #5504485 (*pro hac vice*) |
| Dallas, Texas 75219 | Mariko Hirose |
| Tel. (214) 651-5000 | NYS Bar #4802674 (*pro hac vice*) |
| Fax (214) 651-5940 | INTERNATIONAL REFUGEE |
| *debbie.mccomas@haynesboone.com* | ASSISTANCE PROJECT |
| | One Battery Park Plaza, 33rd Floor |
| | New York, NY 10004 |
| | Tel. (516) 838-1655 |
| | Fax: (516) 324-2267 |
| | *levarts@refugeerights.org* |
| | *kmeyer@refugeerights.org* |
| | *mhirose@refugeerights.org* |

**Counsel for Plaintiffs:**

GENE P. HAMILTON
Virginia Bar No. 80434
Vice-President
 and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

*/s/ Ryan D. Walters*
RYAN D. WALTERS
*Attorney-in-Charge*
Deputy Chief
Special Litigation Division
Texas Bar No. 24105085

ETHAN SZUMANSKI
Assistant Attorney General
Texas Bar No. 24123966

Office of the Attorney General of Texas
PO Box 12548 (MC 009)
Austin, TX 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
ryan.walters@oag.texas.gov
ethan.szumanski@oag.texas.gov

*Counsel for Plaintiff State of Texas*

STEVE MARSHALL
  Attorney General of Alabama
*/s/ Edmund C. LaCour*
Edmund G. LaCour Jr.
  Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
*Counsel for the State of Alabama*


TREG TAYLOR
  Attorney General of Alaska
Cori M. Mills
  Deputy Attorney General
*/s/ Christopher A. Robinson*
Christopher A. Robison
  Assistant Attorney General
Texas Bar No. 24035720
Department of Law
P.O. Box 110300
Juneau, AK 99811
Phone: 907-465-3600
Fax: 907-465-2520
cori.mills@alaska.gov
chris.robison@alaska.gov
*Counsel for the State of Alaska*

TIM GRIFFIN
  Attorney General of Arkansas
*/s/ Dylan P. Jacobs*
Dylan L. Jacobs
  Deputy Solicitor General
Office of the Arkansas Attorney
  General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-2007
Fax: (501) 682-2591
dylan.jacobs@arkansasag.gov
*Counsel for the State of Arkansas*


ASHLEY MOODY
  Attorney General of Florida
*/s/ Natalie P. Christmas*
Natalie P. Christmas
Counselor to the Attorney General
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 487-2564 (fax)
natalie.christmas@myfloridalegal.com
*Counsel for the State of Florida*

RAÚL LABRADOR
  Attorney General of Idaho
Alan W. Foutz
  Deputy Attorney General
*/s/ Lincoln Davis Wilson*
Lincoln Davis Wilson
  Chief, Civil and Constitutional Defense Division
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
FAX: (208) 854-80731
alan.foutz@ag.idaho.gov
lincoln.wilson@ag.idaho.gov
*Counsel for the State of Idaho*


THEODORE E. ROKITA
  Attorney General of Indiana
*/s/ Betsy M. DeNardi*
Betsy M. DeNardi
  Director of Complex Litigation
Cory C. Voight
  Assistant Chief Deputy
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Betsy.DeNardi@atg.in.gov
Cory.Voight@atg.in.gov
*Counsel for the State of Indiana*

DANIEL CAMERON
  Attorney General of Kentucky
*/s/ Jeremy J. Sylvester*
Jeremy J. Sylvester
  Assistant Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5330
Jeremy.Sylvester@ky.gov
*Counsel for the Commonwealth of Kentucky*


JEFF LANDRY
  Attorney General of Louisiana
*/s/ Elizabeth B. Murrill*
Elizabeth B. Murrill
  Solicitor General
J. Scott St. John
  Deputy Solicitor General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
*Counsel for the State of Louisiana*

<div style="column-count:2">

ANDREW BAILEY
  Attorney General of Missouri
Joshua M. Divine
  Solicitor General
*/s/ Samuel C. Freedlund*
Samuel C. Freedlund
  Assistant Attorney General for Special Litigation
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
samuel.freedlund@ago.mo.gov
*Counsel for the State of Missouri*

AUSTIN KNUDSEN
  Attorney General of Montana
*/s/ Christian B Corrigan*
Christian B. Corrigan
  Solicitor General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigan@mt.gov
*Counsel for the State of Montana*

GENTNER F. DRUMMOND
  Attorney General of Oklahoma
*/s/ Zach West*
Zach West
  Director of Special Litigation
Office of the Oklahoma Attorney General
313 NE 21st St.
Oklahoma City, OK 73105
(405) 521-3921
zach.west@oag.ok.gov
*Counsel for the State of Oklahoma*

</div>

ALAN WILSON
  Attorney General of South Carolina
*/s/ Thomas T. Hydrick*
Thomas T. Hydrick
  Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
Phone: (803) 734-4127
thomashydrick@scag.gov
*Counsel for the State of South Carolina*

SEAN D. REYES
  Utah Attorney General
Melissa A. Holyoak
  Utah Solicitor General
*/s/ Christopher A. Bates*
Christopher A. Bates
  Deputy Solicitor General
Office of the Utah Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
melissaholyoak@agutah.gov
chrisbates@agutah.gov
*Counsel for the State of Utah*

## Certificate of Service

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on August 15, 2023.

                                        */s/ Ryan D. Walters*
                                        RYAN D. WALTERS