IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STATE OF TEXAS et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> JOSEPH R BIDEN, JR, et al., § <br> § <br> Defendants. § | Civil Action No. 3:22-cv-00780-M |

## ORDER

Before the Court is the Motion for a Proposed Schedule for Further Proceedings. ECF No. 105. The Court **GRANTS** the Motion. The following deadlines must be observed.

| Event | Deadline |
|---|---|
| Plaintiffs to file any amended or supplemental complaint | August 24, 2023 |
| Plaintiffs and Federal Defendants to serve any responses and objections to existing discovery requests | September 15, 2023 |
| Federal Defendants and Defendant-Intervenors to file any motion to dismiss | October 16, 2023 |
| Plaintiffs to file any response to any motion to dismiss | November 6, 2023 |
| Federal Defendants and Defendant-Intervenors to file any reply in support of any motion to dismiss | November 20, 2023 |
| Parties to meet and confer and to file a joint status report proposing a schedule for the remainder of the case | 30 days after any order on any motions to dismiss |

**SO ORDERED**.

August 21, 2023.

_____

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE