**United States District Court**
**Northern District of Texas**
**Dallas Division**

| | |
|---|---|
| The State of Texas, *et al.*, | |
| *Plaintiffs*, | |
| | |
| v. | Civ. Action No. 3:22-cv-00780-M |
| | |
| Joseph R. Biden, Jr., in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

**UNOPPOSED MOTION FOR LEAVE FOR PLAINTIFFS TO FILE A**
**SUPPLEMENTAL COMPLAINT**

Plaintiffs move for leave to file a Supplemental Complaint pursuant to Federal Rule of Civil Procedure 15(d). Counsel for all Defendants do not oppose this motion.

Plaintiffs seek leave to file a Supplemental Complaint to challenge the validity of a substantive rule that the Biden Administration promulgated on April 11, 2023 (the "CAM Enhancements"). *See* Bureau of Population, Refugees, and Migration; Central American Minors Program, 88 Fed. Reg. 21,694 (April 11, 2023). A copy of the proposed Supplemental Complaint is attached to this Motion as an exhibit.

Good cause exists for this Court to grant leave. This is because the CAM Enhancements constitute a subsequent agency action that effectively continues the CAM Program recently reinstituted by the Biden Administration and currently challenged before this Court in the instant case.

Generally, "[a]n amended complaint supersedes the original complaint and renders it of no legal effect." *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). The only exception is when "the

1

amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." *Id.* But unlike an amended pleading, a court may allow a party to serve a supplemental pleading when it relates to "any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). Even if a party files a motion to amend, courts will construe that motion as a motion to supplement when it concerns events that occurred after the lawsuit was filed. *See Jones v. Lumpkin*, No. CV 4:21-3638, 2022 WL 2954335, at *4 (S.D. Tex. July 22, 2022) (citing *Haggard v. Bank of Ozarks Inc.*, 668 F.3d 196, 202 (5th Cir. 2012)).

A supplemental pleading is permitted "[o]n motion and reasonable notice" and "on just terms." Fed. R. Civ. P. 15(d). Rule 15(a), which governs amended pleadings, provides that leave to amend should be "freely give[n]." Fed. R. Civ. P. 15(a)(2). While the text of Rule 15(d) contains no such language, *see* Fed. R. Civ. P. 15(d); *Burns v. Exxon*, 158 F.3d 336, 343 (5th Cir. 1998), the standard under this rule is similar. *Lewis v. Knutson*, 699 F.2d 230, 239 (5th Cir. 1983) (citing 6 C. Wright & A. Miller, Federal Practice and Procedure § 1504 (1971)). There are five factors that aid in the exercise of this discretion: (1) undue delay; (2) bad faith or dilatory motive; (3) repeated failure to cure deficiencies by previous amendments; (4) undue prejudice to the opposing party; and (5) futility of the amendment. *Smith v. EMC Corp.*, 393 F.3d 590, 595 (5th Cir. 2004).

Here, Plaintiffs seek leave to file the Supplemental Complaint because the CAM Enhancements constitute a subsequent "transaction, occurrence, or event that happened after the date" of Plaintiffs' Amended Complaint. *See* Fed. R. Civ. P. 15(d). A supplemental complaint, unlike an amended one, does not supersede the earlier operative pleading.

Indeed, allowing Plaintiffs to file the Supplemental Complaint will not implicate any of the discretionary concerns that counsel against granting such leave. The Supplemental Complaint will

2

not cause undue delay and is not futile because it addresses nearly identical legal and factual issues as the reinstituted CAM Program. It also does not implicate a bad faith or dilatory motive, a repeated failure to cure deficiencies by previous amendments, or undue prejudice on the part of Plaintiffs because it is in direct response to the Biden Administration's recent agency actions that effectively continue the CAM Program and all parties to this action consent to it. Accordingly, none of the five discretionary factors counsel against granting leave in this case.

## Conclusion

Plaintiffs respectfully request this court to grant leave to file a Supplemental Complaint, attached to this Motion as an exhibit.

Date: August 23, 2023

GENE P. HAMILTON
Vice-President and General Counsel
Virginia Bar No. 80434

America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
Phone: (202) 964-3721
gene.hamilton@aflegal.org

Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

*/s/ Ryan D. Walters*
RYAN D. WALTERS
*Attorney-in-Charge*
Deputy Chief, Special Litigation Division
Texas Bar No. 24105085

ETHAN SZUMANSKI
Assistant Attorney General
Texas Bar No. 24123966

Office of the Attorney General of Texas
PO Box 12548 (MC 009)
Austin, TX 78711-2548

3

Phone: (512) 936-2714
Fax: (512) 457-4410
ryan.walters@oag.texas.gov
ethan.szumanski@oag.texas.gov
*Counsel for Plaintiff State of Texas*

STEVE MARSHALL
Attorney General of Alabama

*/s/ Edmund C. LaCour*
Edmund G. LaCour Jr.
Solicitor General

Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
*Counsel for the State of Alabama*

TIM GRIFFIN
Attorney General of Arkansas

*/s/ Dylan P. Jacobs*
Dylan L. Jacobs
Deputy Solicitor General

Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Tel: (501) 682-2007
Fax: (501) 682-2591
dylan.jacobs@arkansasag.gov
*Counsel for the State of Arkansas*

TREG TAYLOR
Attorney General of Alaska

Cori M. Mills
Deputy Attorney General

*/s/ Christopher A. Robinson*
Christopher A. Robison
Assistant Attorney General
Texas Bar No. 24035720

Department of Law
P.O. Box 110300
Juneau, AK 99811
Phone: 907-465-3600
Fax: 907-465-2520
cori.mills@alaska.gov
chris.robison@alaska.gov
*Counsel for the State of Alaska*

ASHLEY MOODY
Attorney General of Florida

*/s/ Natalie P. Christmas*
Natalie P. Christmas

Counselor to the Attorney General
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 487-2564 (fax)
natalie.christmas@myfloridalegal.com
*Counsel for the State of Florida*

4

RAÚL LABRADOR
Attorney General of Idaho

Alan W. Foutz
Deputy Attorney General

*/s/ Lincoln Davis Wilson*
Lincoln Davis Wilson

Chief, Civil and Constitutional Defense
Division
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
FAX: (208) 854-80731
alan.foutz@ag.idaho.gov
lincoln.wilson@ag.idaho.gov
*Counsel for the State of Idaho*

DANIEL CAMERON
Attorney General of Kentucky

*/s/ Jeremy J. Sylvester*
Jeremy J. Sylvester
Assistant Attorney General

Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5330
Jeremy.Sylvester@ky.gov
*Counsel for the Commonwealth of Kentucky*

THEODORE E. ROKITA
Attorney General of Indiana

*/s/ Betsy M. DeNardi*
Betsy M. DeNardi
Director of Complex Litigation

Cory C. Voight
Assistant Chief Deputy

Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Betsy.DeNardi@atg.in.gov
Cory.Voight@atg.in.gov
*Counsel for the State of Indiana*

JEFF LANDRY
Attorney General of Louisiana

*/s/ Elizabeth B. Murrill*
Elizabeth B. Murrill
Solicitor General

J. Scott St. John
Deputy Solicitor General

Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
*Counsel for the State of Louisiana*

ANDREW BAILEY
Attorney General of Missouri

Joshua M. Divine
Solicitor General

*/s/ Samuel C. Freedlund*
Samuel C. Freedlund
Assistant Attorney General for Special
Litigation

Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
samuel.freedlund@ago.mo.gov
*Counsel for the State of Missouri*

GENTNER F. DRUMMOND
Attorney General of Oklahoma

*/s/ Zach West*
Zach West
Director of Special Litigation

Office of the Oklahoma Attorney
General
313 NE 21st St.
Oklahoma City, OK 73105
(405) 521-3921
zach.west@oag.ok.gov
*Counsel for the State of Oklahoma*

AUSTIN KNUDSEN
Attorney General of Montana

*/s/ Christian B Corrigan*
Christian B. Corrigan
Solicitor General

215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigan@mt.gov
*Counsel for the State of Montana*

ALAN WILSON
Attorney General of South Carolina

*/s/ Thomas T. Hydrick*
Thomas T. Hydrick
Assistant Deputy Solicitor General

Post Office Box 11549
Columbia, SC 29211
Phone: (803) 734-4127
thomashydrick@scag.gov
*Counsel for the State of South Carolina*

6

SEAN D. REYES
Utah Attorney General

Melissa A. Holyoak
Utah Solicitor General

*/s/ Christopher A. Bates*
Christopher A. Bates
Deputy Solicitor General

Office of the Utah Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
melissaholyoak@agutah.gov
chrisbates@agutah.gov
*Counsel for the State of Utah*

### CERTIFICATE OF CONFERENCE

I hereby certify that on June 26, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Ryan D. Walters*
RYAN D. WALTERS

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 23, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Ryan D. Walters*
RYAN D. WALTERS