IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| The STATE OF TEXAS, *et. al.*, § | |
| § | |
| *Plaintiffs*, § | |
| § | CIVIL ACTION NO. 3:22–cv–00780-m |
| vs. § | |
| § | |
| JOSEPH R. BIDEN, JR., § | |
| in his official capacity as § | |
| President of the United States, *et al.*, § | |
| § | |
| *Defendants*, § | |
| § | |
| and § | |
| § | |
| TIMOTEO *et al.*, § | |
| § | |
| *Intervenor-Defendants*. § | |

## UNOPPOSED MOTION TO EXTEND TIME

On September 6, 2023, the Court granted the unopposed Motion to Intervene of Defendant-Intervenors Antonio, Magdalena, Marta, and Elizabeth ("2023 Defendant-Intervenors"). ECF No. 115, Order. In its order, the Court instructed 2023 Defendant-Intervenors to file a responsive pleading or a motion pursuant to Federal Rule of Civil Procedure 12(b) by September 13, 2023. *Id.* Separately, on August 21, 2023, the Court ordered a schedule for further proceedings for the existing Plaintiffs, Defendants, and Defendant-Intervenors. ECF No. 107.

With all parties' consent, the 2023 Defendant-Intervenors respectfully request an extension of time to file a responsive pleading or a motion pursuant to Fed. R. Civ. P. 12(b) such that they will follow the same schedule for further proceedings as the Court ordered for all other parties in its August 21, 2023 Order. *See id.* As such, pursuant to the schedule ordered in ECF No. 107, the 2023 Defendants-Intervenors would be subject to the following relevant deadlines:

| Event | Deadline |
|---|---|
| 2023 Defendant-Intervenors to file any motion to dismiss | October 16, 2023 |
| 2023 Defendant-Intervenors to file any reply in support of any motion to dismiss | November 20, 2023 |
| Parties to meet and confer and to file a joint status report proposing a schedule for the remainder of the case | 30 days after any order on any motions to dismiss. |

The 2023 Defendant-Intervenors thank the Court for its consideration of this request.

Dated:   September 7, 2023                     Respectfully submitted,

| | |
|---|---|
| /s/ Debra J. McComas | /s/ Kathryn C. Meyer |
| Debra J. McComas | Kathryn C. Meyer |
| | NYS Bar #5504485 (*pro hac vice*) |
| HAYNES & BOONE LLP | Linda B. Evarts |
| | NYS Bar #5236948 (*pro hac vice*) |
| State Bar No. 00794261 | Mariko Hirose |
| | NYS Bar #4802674 (*pro hac vice*) |
| 2323 Victory Ave., Suite 700 | INTERNATIONAL REFUGEE |
| Dallas, Texas 75219 | ASSISTANCE PROJECT |
| Tel. (214) 651-5000 | One Battery Park Plaza, 4th Floor |
| Fax (214) 651-5940 | New York, NY 10004 |
| *debbie.mccomas@haynesboone.com* | Tel. (516) 838-1655 |
| | Fax: (929) 999-8115 |
| | *kmeyer@refugeerights.org* |
| | *levarts@refugeerights.org* |
| | *mhirose@refugeerights.org* |

*Counsel for Defendant-Intervenors*

## CERTIFICATE OF CONFERENCE

On September 7, 2023, counsel for Defendant-Intervenors conferred with counsel for Plaintiffs and Defendants concerning this motion. The identities of the attorneys conferring were as follows: Ryan Walters for the Plaintiffs, Joseph Darrow for the Defendants, and Kathryn C. Meyer for the Defendant-Intervenors. Plaintiffs, Defendants, and Defendant-Intervenors do not oppose 2023 Defendant-Intervenors' motion to extend time.

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 7, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the CM/ECF system. I hereby certify that I have served the documentation on all counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2) via the Court's CM/ECF filing system.

/s/ *Kathryn C. Meyer*
Kathryn C. Meyer