IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| The STATE OF TEXAS, *et. al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> vs. § <br> § <br> JOSEPH R. BIDEN, JR., § <br> in his official capacity as § <br> President of the United States, *et al.*, § <br> § <br> *Defendants*, § <br> § <br> and § <br> § <br> TIMOTEO, UZIAS, ANTONIO, § <br> MAGDALENA, MARTA, and ELIZABETH, § <br> § <br> *Defendant-Intervenors*. § | CIVIL ACTION NO. 3:22–cv–00780-M |

**[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS'
MOTION TO DISMISS**

Pending before the Court is Defendant-Intervenor' Motion to Dismiss under Federal Rule of Civil Procedure 12(b). After reviewing the Motion, any further briefing, the record, and applicable law, and good cause appearing, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS SO ORDERED.**

Signed this ___ day of _____, _____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE