IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:22-cv-00780-M |
| JOSEPH R BIDEN, JR., et al., | § § § | |
| Defendants. | § § § | |

**ORDER**

Defendants and Defendant-Intervenors' "Motion to Enlargen Page Limits" is **GRANTED**. ECF No. 144. Defendants and Defendant-Intervenors' reply briefs may be up to twenty-five pages in length.

**SO ORDERED**.

November 15, 2023.

*[signature]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE