IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:22-cv-00780-M |
| JOSEPH R BIDEN, JR., et al., | § § § | |
| Defendants. | § § § | |

**ORDER**

Defendants and Defendant-Intervenors' Motions to Dismiss (ECF Nos. 123–24) are **SET** for oral argument and an evidentiary hearing on **January 31, 2024, at 1:00 p.m. CST**. Counsel should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce St., Dallas, Texas.

**SO ORDERED**.

December 8, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE