# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-00780-M |
| | § | |
| JOSEPH R. BIDEN, JR., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER

Plaintiffs' Post-Hearing Objections to Defendant-Intervenors' Demonstrative (ECF No. 166) is **GRANTED in part**. Slides 32 and 33 of the demonstrative will not be considered by the Court. Plaintiffs' objection with respect to slide 32 is **OVERRULED**. The Court will consider that slide only in light of the evidence otherwise before it.

**SO ORDERED**.

February 5, 2024.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE