IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § | Civil Action No. 3:22-cv-00780-M |
| JOSEPH R. BIDEN, JR., et al., | § § § § § | |
| Defendants. | | |

## **ORDER**

The Court takes notice of Plaintiffs and Defendant-Intervenors' Notices of Supplemental Authority (ECF Nos. 170, 172) without the necessity of granting any Request for Leave.

**SO ORDERED**.

March 18, 2024.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE

1