IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| The STATE OF TEXAS, *et. al.*,<br><br>  *Plaintiffs*,<br><br>vs.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>  *Defendants*,<br><br>and<br><br>TIMOTEO, UZIAS, ANTONIO,<br>MAGDALENA, MARTA, and ELIZABETH,<br><br>  *Defendant-Intervenors*. | CIVIL ACTION NO. 3:22–cv–00780-M |

**UNOPPOSED MOTION TO WITHDRAW MARIKO HIROSE AS COUNSEL**

Defendant-Intervenors hereby move to withdraw Mariko Hirose as counsel, and state as follows in support:

- Mariko Hirose seeks to withdraw from representing Defendant-Intervenors because she will be leaving the employment of the International Refugee Assistance Project.

- The following undersigned counsel will continue to represent the Defendant-Intervenors: Linda B. Evarts and Kathryn C. Meyer of the International Refugee Assistance Project, and Debra McComas of Haynes & Boone LLP.

- Counsel for Plaintiffs and Defendants have stated that they do not oppose the motion.

Defendant-Intervenors therefore respectfully request that the Court withdraw Mariko Hirose from this case and from receiving further notices by CM/ECF.

Dated: April 2, 2024

| | |
|---|---|
| */s/ Debra J. McComas* | */s/ Mariko Hirose* |
| Debra J. McComas | Linda B. Evarts |
| HAYNES & BOONE LLP | NYS Bar #5236948 (*pro hac vice*) |
| State Bar No. 00794261 | Kathryn C. Meyer |
| 2323 Victory Ave., Suite 700 | NYS Bar #5504485 (*pro hac vice*) |
| Dallas, Texas 75219 | Mariko Hirose |
| Tel. (214) 651-5000 | NYS Bar #4802674 (*pro hac vice*) |
| Fax (214) 651-5940 | INTERNATIONAL REFUGEE |
| *debbie.mccomas@haynesboone.com* | ASSISTANCE PROJECT |
| | One Battery Park Plaza, 33rd Floor |
| | New York, NY 10004 |
| | Tel. (516) 838-1655 |
| | Fax: (516) 324-2267 |
| | *levarts@refugeerights.org* |
| | *kmeyer@refugeerights.org* |
| | *mhirose@refugeerights.org* |

## CERTIFICATE OF CONFERENCE

Defendant-Intervenors conferred by email with counsel for Plaintiffs, Susanna Dokupil, and counsel for Defendants, Joseph A. Darrow, and each counsel stated that they do not oppose this Motion.

*/s/ Mariko Hirose*
Mariko Hirose

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 4, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the CM/ECF system, thus serving the documentation on all counsel by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Mariko Hirose*
Mariko Hirose