IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-00780-M |
| | § | |
| JOSEPH R. BIDEN, JR., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw Susanna Dokupil as Counsel filed by the State of Texas. (ECF No. 192). The Motion is **GRANTED**. Susanna Dokupil is hereby terminated as counsel of record and the Clerk's Office is directed to terminate ECF notifications to Ms. Dokupil.

**SO ORDERED**.

December 9, 2024.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE