IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 3:22-cv-00780-M |
| JOSEPH R. BIDEN, JR., et al. | | |
| Defendants. | | |

## ORDER

The parties are **ORDERED** to submit by January 31, 2025, a report detailing whether any executive orders or other matters have mooted this litigation.

**SO ORDERED**.

January 14, 2025.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE