IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*,<br>　　*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br>　　*Defendants*. | Case No. 3:22-cv-00780-M |

**JOINT STATUS REPORT**

Plaintiffs State of Texas, et al.[1] and Defendants jointly report as follows in response to the Court's Order dated January 14, 2025 (ECF 194):

1. Plaintiffs seek in this case to vacate and set aside the Central American Minors ("CAM") parole program.

2. On January 20, 2025, President Donald J. Trump signed an Executive Order entitled "*Securing Our Borders*" (Exec. Order of Jan. 20, 2025, available at https://www.whitehouse.gov/presidential-actions/2025/01/securing-our-borders/. In that Executive Order at Section 7, President Trump stated:

> Sec. 7. <u>Adjusting Parole Policies</u>. The Secretary of Homeland Security shall, consistent with applicable law, take all appropriate action to:
>
> (a)　Cease using the "CBP One" application as a method of paroling or facilitating the entry of otherwise inadmissible aliens into the United States;
>
> (b)　**Terminate all categorical parole programs that are**

---

[1] Additional Plaintiffs are the States of Alabama, Alaska, Arizona, Arkansas, Florida, Idaho, Indiana, Louisiana, Missouri, Montana, Oklahoma, South Carolina, and Utah, and the Commonwealth of Kentucky.

1

> **contrary to the policies of the United States established in my Executive Orders**, including the program known as the "Processes for Cubans, Haitians, Nicaraguans, and Venezuelans."
>
> (c) Align all policies and operations at the southern border of the United States to be consistent with the policy of Section 2 of this order and ensure that all future parole determinations fully comply with this order.

*Id.* (emphasis added).

3. On January 20, 2025, President Donald J. Trump signed an additional Executive Order entitled "*Protecting the American People Against Invasion*", Exec. Order of Jan. 20, 2025, available at https://www.whitehouse.gov/presidential-actions/2025/01/protecting-the-american-people-against-invasion /. In that Executive Order at Section 16, President Trump stated:

> Sec. 16. Addressing Actions by the Previous Administration. The Secretary of State, the Attorney General, and the Secretary of Homeland Security shall promptly take all appropriate action, consistent with applicable law, to rescind the policy decisions of the previous administration that led to the increased or continued presence of illegal aliens in the United States and align any and all departmental activities with the policies set out by this order and the immigration laws. Such action should include but is not limited to:
>
> (a) Ensuring that the parole authority under Section 212(d)(5) of the INA (8 U.S.C. 1182(d)(5)) is exercised only on a case-by-case basis in accordance with the plain language of the statute, and in all circumstances only when an individual alien demonstrates urgent humanitarian reasons or a significant public benefit derived from their particular continued presence in the United States arising from such parole. . . .

*Id.*

4. President Trump appointed Governor Kristi Noem to serve as Secretary of Homeland Security. The Senate confirmed Governor Noem's appointment on January 25, 2025, and she was sworn in as Secretary of Homeland Security on January 25, 2025. As of January 31, 2025, Secretary Noem has not taken any action to terminate the Central American Minors (CAM) parole program.

5. Plaintiffs believe that the Central American Minors (CAM) parole program is a "categorical parole program" that President Trump has directed Secretary Noem to terminate. Accordingly, Plaintiffs believe that Secretary Noem will terminate the Central American Minors (CAM) parole program. If so, this case will at that time become moot because it will then not be possible for this Court to grant the relief sought by Plaintiffs. At this time, Defendants are currently undergoing the review directed by the Executive Orders.

6. Because this action is not yet moot, Plaintiffs and Defendants respectfully suggest it would be appropriate to stay this case for 60 days in order for the new Secretary of Homeland Security to have time to determine whether, and if so, when, and how to terminate the Central American Minors (CAM) parole program.[2] The parties can report to the Court any relevant action by the Secretary in that period so that the Court can then proceed appropriately.

---

[2] Defendant-Intervenors maintain that the CAM parole program reflects a lawful exercise of parole pursuant to 8 U.S.C. § 1182(d)(5). They would not object to Plaintiffs voluntarily dismissing this case.

| | |
|---|---|
| Date: January 31, 2025 | Respectfully Submitted |
| | |
| JAMES K. ROGERS | KEN PAXTON |
| Arizona Bar No. 027287 | Attorney General |
| America First Legal Foundation | |
| 611 Pennsylvania Ave. SE #231 | BRENT WEBSTER |
| Washington, DC 20003 | First Assistant Attorney General |
| 202-964-3721 | |
| james.rogers@aflegal.org | RALPH MOLINA |
| | Deputy First Assistant Attorney General |
| | |
| | AUSTIN KINGHORN |
| | Deputy Attorney General for Legal Strategy |
| | |
| | */s/ David Bryant* |
| | DAVID BRYANT |
| | Senior Special Counsel |
| | ATTORNEY-IN-CHARGE |
| | Texas Bar No. 03281500 |
| | |
| | MUNERA AL-FUHAID |
| | Special Counsel |
| | Texas Bar No. 24094501 |
| | |
| | **OFFICE OF THE ATTORNEY GENERAL OF TEXAS** |
| | PO Box 12548 (MC 009) |
| | Austin, TX 78711-2548 |
| | Phone: (512) 936-2714 |
| | Fax: (512) 457-4410 |
| | Munera.Al-Fuhaid@oag.texas.gov |
| | David.Bryant@oag.texas.gov |
| | |
| | *COUNSEL FOR PLAINTIFF STATE OF TEXAS* |

4

| | |
|---|---|
| */s/ Joseph A. Darrow* | */s/ Linda B. Evarts* |
| JOSEPH A. DARROW | LINDA B. EVARTS |
| *Trial Attorney* | NYS Bar #5236948 (*pro hac vice*) |
| U.S. Department of Justice | INTERNATIONAL REFUGEE ASSISTANCE PROJECT |
| Civil Division | |
| Office of Immigration Litigation | One Battery Park Plaza, 33rd Floor |
| District Court Section | New York, NY 10004 |
| P.O. Box 868, Ben Franklin Station | Tel.: 516-838-1655 |
| Washington, DC 20044 | Fax: 516-324-2267 |
| Tel.: 202-598-7537 | Email: levarts@refugeerights.org |
| Email: joseph.a.darrow@usdoj.gov | |
| | */s/ Debra J. McComas* |
| *Counsel for Defendants* | Debra J. McComas |
| | HAYNES & BOONE LLP |
| | State Bar No. 00794261 |
| | 2323 Victory Ave., Suite 700 |
| | Dallas, Texas 75219 |
| | Tel. 214-651-5000 |
| | Fax: 214-651-5940 |
| | *debbie.mccomas@haynesboone.com* |
| | |
| | *Counsel for Defendant-Intervenors* |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 31, 2025, which automatically serves all counsel of record who are registered to receive notices in this case.

/s/ *David Bryant*
DAVID BRYANT

5