IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § | Civil Action No. 3:22-cv-00780-M |
| JOSEPH R. BIDEN, JR., et al., | | |
| Defendants. | | |

### ORDER

Before the Court is the Joint Status Report. (ECF No. 198). In accordance with the parties' suggestion, this case is **STAYED** for 60 days. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case for statistical purposes. The parties shall report to the Court any relevant action by the Secretary in this 60-day period.

**SO ORDERED**.

January 31, 2025.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE