**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| The STATE OF TEXAS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:22-cv-00780-M<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT AND UNOPPOSED MOTION TO EXTEND STAY**

Defendants report as follows in response to the Court's Order of April 2, 2025, staying this case for 60 days and directing the parties to report "any relevant action by the Secretary in this 60-day period." ECF No. 205.

Plaintiffs seek in this case to vacate and set aside the Central American Minors ("CAM") parole process pursuant to 8 U.S.C. § 1182(d)(5)(A). On January 20, 2025, the President signed executive orders calling, in pertinent part, for DHS to "re-establish a uniform baseline for screening and vetting standards and procedures, consistent with the uniform baseline that existed on January 19, 2021, that will be used for any alien seeking a visa or immigration benefit," *Protecting the United States From Foreign Terrorists*, 90 Fed. Reg. 8451 (Jan. 20, 2025); ensure that the section 1182(d)(5)(A) parole authority "is exercised only on a case-by-case basis in accordance with the plain language of the statute," *Protecting the American People Against Invasion*, 90 Fed. Reg. 8443 (Jan. 20, 2025); and "consistent with applicable law, take all appropriate action to: … [t]erminate all categorical parole programs that are contrary to the policies of the United States

established in my Executive Orders," *Securing Our Borders*, 90 Fed. Reg. 8467 (Jan. 20, 2025).

That same day, Acting Homeland Security Secretary Benjamine Huffman issued a memorandum directing DHS to review existing parole policies to determine which are in strict compliance with section 1182(d)(5)(A), and providing authority, based on that review, to "pause, modify or terminate" any parole policy that does not comply if: it "was not promulgated pursuant to the procedural requirements of the [APA] or any comparable scheme," "any legitimate reliance interests" are protected, and "[d]oing so is otherwise consistent with applicable statutes, regulations, and court orders." DHS, "Exercising Appropriate Discretion Under Parole Authority," Jan. 20, 2025 (attached as Exhibit A).

Defendants have conducted an initial review of parole processes called for in parts 1(a)-(d) of the Huffman Memorandum and are internally deliberating the next steps. Defendants still require additional time to make a final determination regarding the review process upon the CAM parole process, and any subsequent guidance.[1]

Accordingly, Defendants respectfully request that the Court continue the administrative stay and closure of this case at this time. Defendants will report on any additional relevant developments in 60 days, on or before July 29, 2025.

Date: May 30, 2025                           Respectfully submitted,

James K. Rogers                              Ken Paxton
Arizona Bar No. 027287                       Attorney General
America First Legal Foundation
611 Pennsylvania Ave. SE #231                Brent Webster
Washington, DC 20003                         First Assistant Attorney General
202-964-3721
james.rogers@aflegal.org                     Ralph Molina
                                             Deputy First Assistant Attorney General

---

[1] On April 2, 2025, Defendants filed a status report advising the Court of the same status, which remains unchanged to date. ECF No. 204.

Austin Kinghorn
Deputy Attorney General for Legal Strategy

Ryan D. Walters
Chief, Special Litigation Division
Texas Bar No. 24105085

/s/ *David Bryant*
David Bryant
Attorney-in-Charge
Senior Special Counsel
Texas Bar No. 03281500

Munera Al-Fuhaid
Special Counsel
Texas Bar No. 24094501

**Office of the Attorney General of Texas**
PO Box 12548 (MC 009)
Austin, TX 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
David.Bryant@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov
*Counsel for Plaintiff State of Texas*

YAAKOV M. ROTH
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

BRIAN C. WARD
*Acting Assistant Director*

*/s/ Caroline McGuire*
CAROLINE MCGUIRE
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Counsel for Defendants*

3

*/s/ Debra Janece McComas*
DEBRA JANECE MCCOMAS
Haynes and Boone LLP
2801 N Harwood Street
Suite 2300
Dallas, TX 75201
214-651-5375
Email: debbie.mccomas@haynesboone.com
*Counsel for Defendant-Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

By: */s/ Caroline McGuire*
CAROLINE MCGUIRE
United States Department of Justice