IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § § | Civil Action No. 3:22-cv-00780-M |
| DONALD J. TRUMP, et al., | | |
| Defendants. | | |

## ORDER

Before the Court is the Status Report and Unopposed Motion to Extend Stay. (ECF No. 210). Defendants request a continuance of the Court's prior stay and state that they will report on relevant developments on or before July 29, 2025. The Motion is **GRANTED IN PART**. Given the undersigned's imminent retirement, this case is **STAYED** until July 7, 2025. The parties shall report to the Court any relevant action by the Secretary on or before July 7, 2025.

Additionally, on May 30, 2025, Plaintiffs filed an Advisory to the Court listing Defendants to replace some of the original Defendants other than Joseph R. Biden, Jr. and explaining why certain Defendants should remain as Defendants. (ECF No. 211). The Clerk of Court is **DIRECTED** to include as Defendants the following parties (to replace current Defendants):

- Marco Rubio, in his official capacity as Secretary of State (to replace Antony J. Blinken);

- Scott C. Turner, in his official capacity as Deputy Assistant Secretary, Bureau of Population, Refugees, and Migration (to replace Nancy I. Jackson);

- Kristi Noem, in her official capacity as Secretary of Homeland Security (to replace Alejandro Mayorkas); and

- Kika Scott, in her official capacity as the Acting Deputy Director / Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services (to replace Ur Jaddou).

The Clerk of Court is also **DIRECTED** to change "Defendant Donald J. Trump" to "Defendant Donald J. Trump, in his official capacity as President of the United States." Defendants United States of America; U.S. Department of State; U.S. Department of State, Bureau of Population, Refugees, and Migration; U.S. Department of Homeland Security; and U.S. Citizenship and Immigration Services shall remain as Defendants.

**SO ORDERED**.

June 6, 2025.

*[signature: Barbara M. G. Lynn]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE