IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **THE STATE OF TEXAS**, *By and through its Attorney General, Ken Paxton*; **THE STATE OF ALASKA**, *By and through its Attorney General Treg R. Taylor*; **THE STATE OF ARKANSAS**, *By and through its Attorney General, Leslie Rutledge*; **THE STATE OF FLORIDA**, *By and through its Attorney General, Ashley Moody*; **THE STATE OF INDIANA**, *By and through its Attorney General, Todd Rokita*; **THE STATE OF MISSOURI**, *By and through its Attorney General, Eric Schmitt*; **THE STATE OF MONTANA**, *By and through its Attorney General, Austin Knudsen*; **THE STATE OF OKLAHOMA**, *By and through its Attorney General, John M. O'Connor*; **STATE OF SOUTH CAROLINA**, *By and through its Attorney General Alan Wilson*; **STATE OF UTAH**, *By and through its Attorney General Sean Reyes*; **STATE OF LOUISIANA**, *By and through its Attorney General Jeff Landry*; **STATE OF ALABAMA**, *By and through its Attorney General Steve Marshall*; **STATE OF IDAHO**, *By and through its Attorney General Lawrence Wasden*; **and STATE OF KENTUCKY**, *By and through its Attorney General Daniel Cameron;* § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, § § | |
| v. § § | Civil Action No. **3:22-CV-780-L** |
| **UNITED STATES OF AMERICA; U.S. DEPARTMENT OF STATE; U.S. DEPARTMENT OF STATE, BUREAU OF POPULATION, REFUGEES, AND MIGRATION; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DONALD J TRUMP** *in his* § § § § § § § § § | |

|  |  |
|---|---|
| *official capacity as President of the United State;* **MARCO RUBIO** *in his official capacity as Secretary of State*; **SCOTT C TURNER** *in his official capacity as Deputy Assistant Secretary, Bureau of Population, Refugees, and Migration*; **KRISTI NOEM,** *in his official capacity as Secretary of Homeland Security*; **and KIKA SCOTT** *in her official capacity as the Acting Deputy Director / Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services,* | § § § § § § § § § § § § § § § § § § § § § § § § § § § |
| Defendants, | |
| v. | |
| **TIMOTEO LNU (3:22-CV-780); UZIAS LNU (3:22-CV-780); ANTONIO LNU (3:22-CV-780); MAGDALENA LNU (3:22-CV-780); MARTA LNU (3:22-CV-780); and ELIZABETH LNU (3:22-CV-780)**, | |
| Intervenor Defendants. | |

## ORDER

Before the court is the parties' Joint Status Report and Unopposed Motion to Extend Stay ("Motion") (Doc. 215), filed September 5, 2025. The parties seek to continue the administrative stay and closure of this case for 60 days to allow sufficient time to report on any additional relevant developments. The court **grants** the Motion and **stays** this case until **November 4, 2025**.

**It is so ordered** this 10th day of September, 2025.

Sam A. Lindsay
United States District Judge

Order – Page 2