IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**THE STATE OF TEXAS**, *By and through its Attorney General, Ken Paxton*; **THE STATE OF ALASKA**, *By and through its Attorney General Treg R. Taylor*; **THE STATE OF ARKANSAS**, *By and through its Attorney General, Leslie Rutledge*; **THE STATE OF FLORIDA**, *By and through its Attorney General, Ashley Moody*; **THE STATE OF INDIANA**, *By and through its Attorney General, Todd Rokita*; **THE STATE OF MISSOURI**, *By and through its Attorney General, Eric Schmitt*; **THE STATE OF MONTANA**, *By and through its Attorney General, Austin Knudsen*; **THE STATE OF OKLAHOMA**, *By and through its Attorney General, John M. O'Connor*; **STATE OF SOUTH CAROLINA**, *By and through its Attorney General Alan Wilson*; **STATE OF UTAH**, *By and through its Attorney General Sean Reyes*; **STATE OF LOUISIANA**, *By and through its Attorney General Jeff Landry*; **STATE OF ALABAMA**, *By and through its Attorney General Steve Marshall*; **STATE OF IDAHO**, *By and through its Attorney General Lawrence Wasden*; **and STATE OF KENTUCKY**, *By and through its Attorney General Daniel Cameron;*

Plaintiffs,

v.

**UNITED STATES OF AMERICA; U.S. DEPARTMENT OF STATE; U.S. DEPARTMENT OF STATE, BUREAU OF POPULATION, REFUGEES, AND MIGRATION; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DONALD J TRUMP** *in his*

Civil Action No. **3:22-CV-780-L**

Order – Page 1

|  |  |
|---|---|
| *official capacity as President of the United State;* **MARCO RUBIO** *in his official capacity as Secretary of State*; **SCOTT C TURNER** *in his official capacity as Deputy Assistant Secretary, Bureau of Population, Refugees, and Migration*; **KRISTI NOEM,** *in his official capacity as Secretary of Homeland Security*; **and KIKA SCOTT** *in her official capacity as the Acting Deputy Director / Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services,* | § § § § § § § § § § § § § § |
| Defendants, | § § |
| v. | § § |
| **TIMOTEO LNU (3:22-CV-780); UZIAS LNU (3:22-CV-780); ANTONIO LNU (3:22-CV-780); MAGDALENA LNU (3:22-CV-780); MARTA LNU (3:22-CV-780); and ELIZABETH LNU (3:22-CV-780)**, | § § § § § § § |
| Intervenor Defendants, | § § |
| v. | § § |
| **STATE OF ILLINOIS; DR. YAEL SCHACHER,** *Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*, | § § § § § |
| Movant, | § § |
| v. | § § |
| **IMMIGRATION REFORM LAW INSTITUTE**, | § § § § |
| Amicus. | § |

**Order – Page 2**

**ORDER**

Before the court is Plaintiff Commonwealth of Kentucky's Motion for Substitution of Counsel ("Motion") (Doc. 225), filed October 8, 2025. Counsel for Plaintiff, Mr. Jeremy J. Sylvester of the Kentucky Office of the Attorney General, requests that he be allowed to withdraw as counsel for Plaintiff in this case. The court determines that the Motion should be, and is hereby, **granted.** Accordingly, the court **allows** Mr. Jeremy J. Sylvester of the Kentucky Office of the Attorney General to withdraw as counsel for Plaintiff, and he is relieved of any further obligation to or representation of Plaintiff in this case. Mr. Jason P. Woodall of the Kentucky Office of the Attorney General is hereby substituted as counsel of record for Plaintiff Commonwealth of Kentucky.

**It is so ordered** this 9th day of October, 2025.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge